# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

## DATE:  September 28, 2017

**JUDGE:**
**JOHN D. LOVE**

**REPORTER:**

**LAW CLERK:**  Hannah Henkel

**COURTROOM DEPUTY:** Sharon Baum

| JEREMY LOPEZ<br><br>V<br><br>STS CONSULTING SERVICES LLC | **CASE NO**: 6:16cv246<br><br>STATUS CONFERENCE |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| William Alexander and Camille Fundora | Michelle Jones |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 10:02          **ADJOURN:** 10:30

| TIME: | MINUTES: |
|---|---|
| 10:02 | Case called.  Parties announced they are here and ready.  Judge states we are here for a status conference this morning and I have received your status report.  Judge begins to address the status report. |
| 10:03 | Mr. Alexander responds. |
| 10:04 | Judge states in general motion to dismiss for 12 plaintiffs those with prejudice.  As to the number of plaintiffs that agree to arbitration those motions to dismiss without prejudice subject to the Court retaining jurisdiction.  Judge next asks about the motion to compel arbitration. |
| 10:05 | Mr. Alexander responds. |
|  | Judge asks how many plaintiffs are left after dismissals and arbitration? |
| 10:07 | Mr. Alexander responds there should be about 50 plaintiffs that are remaining. |
| 10:08 | Judge asks about the three late opt-in plaintiffs. |
|  | Ms. Jones responds. |

| TIME: | MINUTES: |
|---|---|
| | Judge advises the parties to meet and confer on that issue.  Judge next wants to address the possible motion to decertify. |
| 10:09 | Ms. Jones responds there will need to be discovery on duties. |
| | Judge asks how much time will you need to get this discovery completed? |
| 10:11 | Ms. Jones responds six months. |
| | Judge asks if Plaintiff needs discovery on decertification? |
| | Mr. Alexander responds that five to six months would be workable. |
| 10:13 | Ms. Jones responds that a jury has been requested.  There will be summary judgment issues and they are continuing mediation. |
| | Mr. Alexander responds. |
| | Judge makes additional comments, this case needs to be all hands on deck.  This case has been languishing for too long.  Judge wants a motion to dismiss the defendants due one week from today, agreement on arbitration or file a response pursuant to Local Rules, also a motion on the opt-in plaintiffs due at the same time.  Judge states within next couple of weeks a meet and confer on discovery matters needs to happen.  Judge would like this finished in three months for discovery or less and a couple weeks after that to decertify.  Judge is going to set a deadline of three months to complete decertification discovery and 14 days later to file a motion to decertify.  Judge asks if there are any other questions or issues at this time. |
| 10:22 | Mr. Alexander responds and asks about our trial calendar. |
| | Judge responds. |
| 10:25 | Ms. Jones asks another question about discovery. |
| | Judge responds and reiterates his expectations. |
| | |
| | |
| | |
| | |

| TIME: | MINUTES: |
|---|---|